APPEAL No. 76-317. DOUGLAS CONSTRUCTION AND SUPPLY CORP. *v.* WHOLESALE CENTER OF NORTH MAIN STREET, INC. The defendant's motion for an extension of time to file its brief is granted and said brief shall be filed on or before April 25, 1977. If the brief is not filed by that date the appeal shall be dismissed without any further action on the part of the plaintiff. *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy*, for plaintiff. *Temkin, Merolla & Zurier, Amedeo C. Merolla*, for defendant.

APPEAL No. 76-351. WARWICK TEACHERS' UNION, LOCAL 915, A.F.T., AFL-CIO *v.* THE SCHOOL COMMITTEE OF THE CITY OF WARWICK. Treating the plaintiff's motion for a stay of appellate proceedings as a motion to stay the filing of its brief until the cases of *Satty* v. *Nashville Gas Co.*, 522 F.2d 850 (6th Cir. 1975), *cert. granted*, 429 U.S. 1071, 97 S.Ct. 806, 50 L.Ed. 2d 788 (1977), and *Berg* v. *Richmond School District*, 528 F.2d 1208 (9th Cir. 1975), *cert. granted*, 429 U.S. 1071, 97 S.Ct. 806, 50 L.Ed.2d 788 (1977), have been decided by the United States Supreme Court, the motion is granted. *Abedon, Stanzler, Biener, Skolnik and Lipsey, Richard A. Skolnik, Lynette Labinger*, for plaintiff. *William J. Toohey*, City Solicitor, *Thomas L. McDonald*, Asst. City Solicitor, for defendant.

APPEAL No. 76-378. SHEPARD & MORSE LUMBER COMPANY *v.* CONTRACTORS SERVICE INCORPORATED. The plaintiff's motion to remand this case for the purpose of hearing and determination of plaintiff's motion for a protective order, pursuant to Rule 7 of this court, is granted. *Winograd, Shine & Zacks, P.C., John M. Roney*, for plaintiff. *Nugent & Nugent, J. Joseph Nugent, Jr.*, for defendant.